# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2018

## NO. 03-18-00189-CV

**Juan Enriquez, Appellant**

**v.**

**Dale Wainwright, Chair of the Texas Board of Criminal Justice;
and Lannette Linthicum, Appellees**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
## REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the order signed by the trial court on March 22, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order and remands the case to the trial court further proceedings consistent with the Court's opinion. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.